*This case was not selected for publication in the Federal Reporter*

*UNPUBLISHED*

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lloyd George MAXWELL, Defendant—Appellant.**

No. 06–7648.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 4, 2006.

Lloyd George Maxwell, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd G. Maxwell appeals the district court's order margin order denying his "Notice of Petition for a Writ of Mandamus to Amend his Writ of Error Coram Nobis." We have reviewed the record and find no reversible error. Accordingly, we affirm. *Maxwell v. United States,* No. 1;93–cr–00262–AVB (E.D.Va. Sept. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*